

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>L & L WHOLESALE HOMES,<br><br>     Debtor | Chapter 7<br>Case No. 23-11630-JEB |

### Proceeding Memorandum and Order

**MATTER:**
#277 Chapter 7 Trustee's Final Report, Application for Compensation and Applications for Compensation of Professional

**Decision set forth more fully as follows:**
Hearing held on July 21, 2026. The matter is taken under advisement.

Dated: July 21, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge